THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services, Respondent,
v.
Jeffrey Nathan Whittaker and CHILDREN: Summer N. Whittaker, DOB:  08/04/96, a minor child, and Nathan A. Whittaker, DOB:  12/26/98, a minor child
Defendants,
of whom Jeffrey Nathan Whittaker is Appellant.
 
 
 

Appeal From Edgefield County
 Richard W. Chewning, III, Family Court Judge

Unpublished Opinion No. 2005-UP-644
Submitted December 1, 2005  Filed December 21, 2005   

AFFIRMED

 
 
 
A. Shane Massey, of Aiken, of Trenton, for Appellant.
Ralph Shealy Kennedy, Jr., of Batesburg-Leesville, for Respondent.
Victoria S. H. Knight, of Aiken, for Guardian Ad Litem.
 
 
 

PER CURIAM:  This appeal arises from the termination of the parental rights (TPR) of Jeffrey Nathan Whittaker to his minor children.  The court found his parental rights should be terminated on four grounds:  1) harm to the children from severe or repetitious neglect; 2) willful failure to provide support for over six months; 3) willful failure to visit for over six months; and 4) the children have been in DSS custody for 15 of 22 months.  Additionally, the court found termination was in the best interest of the children.  See S.C. Code Ann. § 20-7-1572 (Supp. 2004).
After a thorough review of the record pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm[1] the family courts ruling and grant counsels petition to be relieved.
 AFFIRMED.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.